Evans D. Prieston, CSB No. 100097
Attorney at Law
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035

Attorneys for Defendant
JESUS LICEA-AVALOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:12-cr-00172-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| JESUS LICEA-AVALOS,<br>Aka J. Jesus Licea-Avalos | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his new undersigned counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 17, 2012.

2. By this stipulation, defendant now moves to continue the status conference until August 21, 2012 **at 9:45 a.m.** and to exclude time between July 17, 2012 and August 21, 2012 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes approximately 150 pages of documents from defendant's immigration A file. All of this discovery has been produced directly to counsel and/or made available for inspection and copying.

   b. Defendant has recently retained the undersigned defense counsel, and undersigned defense counsel filed his notice of appearance on July 10, 2012. Newly-

Stipulation re Excludable Time Periods Under Speedy Trial Act; and [Proposed] Order            -1-

PDF created with pdfFactory trial version www.pdffactory.com

retained counsel for defendant desires additional time to review the evidence and consult with the client.

        c.        Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.        The government does not object to the continuance.

        e.        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f.        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2012 to August 21, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 10, 2012

        /s/ Christopher S. Hales (as authorized on 7/10/12)
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney

Dated: July 10, 2012

        /s/ Evans D. Prieston
Evans D. Prieston
Attorney for Defendant Jesus Licea-Avalos

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2 IT IS SO FOUND AND ORDERED this 10th day of July, 2012

3

4       /s/ John A. Mendez
      JOHN A. MENDEZ
5       United States District Court Judge

Stipulation re Excludable Time Periods Under Speedy Trial Act; and [Proposed] Order   -3-

PDF created with pdfFactory trial version www.pdffactory.com