Evans D. Prieston, CSB No. 100097
Attorney at Law
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035

Attorneys for Defendant
JESUS LICEA-AVALOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS LICEA-AVALOS,<br>Aka J. Jesus Licea-Avalos<br><br>Defendant. | CASE NO.: 2:12-cr-00172-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his new undersigned counsel of record, hereby stipulate as follows:

  1.  By previous order, this matter was set for status on August 21, 2012.

  2.  By this stipulation, defendant now moves to continue the status conference until **September 25, 2012 at 9:45 a.m.** and to exclude time between August 21, 2012 and September 25, 2012 at 9:45 a.m. under Local Code T4. Plaintiff does not oppose this request.

  3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The government has represented that the discovery associated with this case includes approximately 150 pages of documents from defendant's immigration A file. All of this discovery has been produced directly to counsel and/or made available for inspection and copying.

    b.  Retained counsel has reviewed the discovery and met with defendant and is in the process of having his investigator interview witnesses in both California and Mexico.

Stipulation re Excludable Time Periods Under Speedy Trial Act; and [Proposed] Order   -1-

PDF created with pdfFactory trial version www.pdffactory.com

The investigation is necessary for the completion of settlement discussions and/or preparation for trial.

      c.      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2012 to September 25, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 14, 2012

/s/ Christopher S. Hales (as authorized on 8/14/12)
CHRISTOPHER S. HALES
Assistant U.S. Attorney

Dated: August 15, 2012

/s/ Evans D. Prieston
Evans D. Prieston
Attorney for Defendant Jesus Licea-Avalos

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of August, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com